IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALICE ESTLE,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:11-cv-149

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #25), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on April 27, 2015 (Doc. #25) is **ADOPTED** in full;

2. Plaintiff's motion for attorney's fees (Doc. #20) is **GRANTED**;

3. Plaintiff is **GRANTED** and **AWARDED** the sum of $11,340.72 in attorney's fees; and

4. This case remains terminated on the docket of this Court.

Date: 5-20-15

WALTER H. RICE
UNITED STATES DISTRICT JUDGE